UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH
(Filed Electronically)

**CRIMINAL NO. 5:22-CR-00037-BJB**
UNITED STATES OF AMERICA,                                    PLAINTIFF,

vs.

ZACHARIAS SCHLIPF,                                           DEFENDANT.

## NOTICE OF REDACTION

Comes the Defendant, Zacharias Schlipf, by counsel, and in conformance with Fed.R.Crim.Proc. 49.1(a)(5), Joint General Order No. 08-01, and Western District General Order No. 08-05, hereby gives notice that he has requested redaction of all references to his home address in the transcript of the change of plea hearing filed on October 23, 2023, as Record Number 46.

/s/ Donald J. Meier
Assistant Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202
(502) 584-0525
Counsel for Defendant

## CERTIFICATE

I certify that on November 8, 2023, I electronically filed the foregoing notice with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to: Leigh Ann Dycus, Assistant United States Attorney.

/s/ Donald J. Meier