UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Mar 28, 2024
KELLY L. STEPHENS, Clerk

No. 23-5847

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,

v.

ZACHARIAS SCHLIPF,

    Defendant-Appellant.

Before: GIBBONS, GRIFFIN, and DAVIS, Circuit Judges.

## JUDGMENT

On Appeal from the United States District Court
for the Western District of Kentucky at Paducah.

THIS CAUSE was heard on the record from the district court and was submitted on the briefs without oral argument.

IN CONSIDERATION THEREOF, it is ORDERED that the judgment of the district court is AFFIRMED.

**ENTERED BY ORDER OF THE COURT**

Kelly L. Stephens, Clerk